**E-FILED**
Thursday, 28 September, 2006  10:54:54 AM
Clerk, U.S. District Court, ILCD



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JAMES RODGERS,
   Plaintiff,

   vs.                                                No. 04-1347

ROGER WALKER,  et al
   Defendants

<u>ORDER</u>

     This cause is before the court for consideration of the plaintiff's motion for leave to proceed in forma pauperis on appeal and motion for additional time to file trust fund information. [d/e 74, 75].

     Under 28 U.S.C. § 1915(a)(3), the court is required to determine if the plaintiff's appeal is taken in good faith before the court can determine in forma pauperis status.  "Good faith" within the meaning of § 1915(a)(3) is not about the plaintiff's sincerity in requesting appellate review.  Rather, an appeal taken in "good faith" is an appeal that, objectively considered, raises non-frivolous colorable issues.  See <u>Cruz v. Hauck</u>, 404 U.S. 59, 62 (1971); <u>see also</u>  <u>Coppedge v. United States</u>, 369 U.S. 438, 445 (1962).

     The plaintiff is appealing the June 26, 2006 Court Order granting summary judgement for the defendants. *See* June 26, 2006 Court Order.   The court has not been able to find any good faith basis for an appeal of this decision, and the plaintiff has failed to point to any mistake of law or fact or new evidence.

     However, the United States Court of Appeals for the Seventh Circuit has ruled that where the appellant was authorized to proceed in forma pauperis in the district court, a district judge who doubts that the appeal is in good faith should give the plaintiff an opportunity to submit a statement of his grounds for appealing. See  <u>Celske v. Edwards</u>, 164 F.3d 396 (7th Cir. 1999).

     **IT IS THEREFORE ORDERED that:**

     **1) The plaintiff must submit a brief informing the court of his grounds for appealing within twenty-one (21) days from the date of this order.  If the plaintiff fails to respond within the time specified, the court will make an assessment of the issue of good faith without further consideration.  Defendants may respond to plaintiff's brief within fourteen (14) days of service of said brief.**

**2) The plaintiff's motion for additional time to provide information concerning his trust fund account is granted. [d/e 75].  The plaintiff must provide information concerning his current trust fund balance on or before October 6, 2006.**

Entered this _28th___day of September, 2006.

        **s\Harold A. Baker**

_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE